UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-CR-110-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ZEBEDEE JONES, | ) | |
| Defendant. | ) | |

The defendant, Zebedee Jones ("Jones") was sentenced in this court on October 19, 2006, to a term of 210 months imprisonment, followed by five years supervised release. See [DE-28]. On motion by the Government, Jones's original and superseding indictments were dismissed. [DE-27].

At Jones's request, the Clerk of Court provided him with a copy of the docket sheet in the instant case on February 6, 2009. *See* [DE-29]. Several months later, on July 13, 2009, Jones again wrote the Clerk seeking copies of various additional documents. *See* [DE-30]. Upon receipt of payment therefor, the Clerk forwarded to Jones the requested documents. *See* [DE-32] & Attachment 1. Jones ascertained that those documents did not contain the information he needed, and he sought further assistance from the Clerk's Office on September 15, 2009. *See* [DE-32]. The record reveals that the Clerk referred the request to the Federal Public Defenders' Office, a member of which represented Jones before this court. That office responded to Jones's request for information on or about September 30, 2009. *See* [DE-35].

Jones next wrote the Clerk's Office on October 20, 2009, complaining that *the Clerk* had not responded to his request for specific information. *See* [DE-34]. The case

manager wrote Jones on October 27, 2009, explaining that the matter had been referred to the Federal Public Defender. *See* [DE-35, -36].

The Clerk's Office now has submitted to the undersigned a Motion to File in Forma Pauperis and Request for Court Documents [DE-37], and Motion for Leave to Appeal In Forma Pauperis [DE-38], filed by Jones on January 6, 2011. Having reviewed those motions and the record herein, it is ORDERED that Jones's motion seeking pauper status [DE-37] in this court is ALLOWED. However, his motion for leave to appeal [DE-38] is DENIED pursuant to Fed. R. App. P. 4(b), (c), without prejudice to seek relief from the Fourth Circuit Court of Appeals. Jones's motion seeking copies of documents [DE-37] in this case without payment therefor also is DENIED.

SO ORDERED.

This, the ___7ᵗʰ day of January, 2011.

_____
JAMES C. FOX
Senior United States District Judge

2