IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7.03-CR-110-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ZEBEDEE LEROY JONES | ) | |

This matter is before the court on Defendant Zebedee Jones's letter motion of July 6, 2015 [DE-74]. While the court understands Mr. Jones's concerns regarding his sentence, the court is without authority under the circumstances to modify or reduce his sentence.

Federal courts "generally 'may not modify a term of imprisonment once it has been imposed.'" *Dillon v. United States*, 560 U.S. 817, 819 (2010) (quoting 18 U.S.C. § 3582(c)). An exception to that rule, contained in § 3582(c)(2), provides that a court may reduce a sentence of incarceration when the sentence imposed was "based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). In this case, however, the Sentencing Commission has not lowered the applicable range for Jones's sentence. Consequently, the court is without authority to "correct" or "reduce" his sentence under § 3582(c)(2). Therefore, Jones's motion [DE-74] is DENIED.

SO ORDERED.

This, the 14 day of July, 2015.

JAMES C. FOX
Senior United States District Judge